UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 18-11922-RWZ

AZOTH LLC

v.

AMERI-KAL, LLC

ORDER

January 3, 2019

ZOBEL, S.D.J.

Defendant's motion to dismiss is denied. Exercising personal jurisdiction over defendant is proper under Massachusetts' long arm statute and comports with the U.S. Constitution because defendant purposefully solicited plaintiff in Massachusetts and, having met with success, shipped product to the Commonwealth and soon thereafter entered into the contract that is the subject of this action. Venue is likewise proper under 28 U.S.C. § 1391(b)(2), and I am not persuaded that transfer to the Western District of Oklahoma is justified under 28 U.S.C. § 1404. Finally, plaintiff's claims for deceit and unfair business practices are plead with sufficient particularity and pass muster under Fed. R. Civ. P. 9(b).

| January 3, 2019 | /s/Rya W. Zobel |
|---|---|
| DATE | RYA W. ZOBEL |
|  | SENIOR UNITED STATES DISTRICT JUDGE |